98 So.2d 59

· Raymond LADD

v.

STATE.

8 Div. 89.

Supreme Court of Alabama.

Nov. 14, 1957.

Andy Hamlet, Jr., Scottsboro, for petitioner.

John Patterson, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

The petition for certiorari to the Court of Appeals must be stricken because it is not on transcript paper. Supreme Court Rule 32, 1955 Cum. Pocket Part to Vol. 2, Code 1940, p. 233, 261 Ala. XXXI; Conley v. State, 265 Ala. 450, 92 So.2d 9; Latham v. State, 262 Ala. 108, 77 So.2d 502; Williams v. State, 258 Ala. 638, 64 So.2d 617; Duckett v. State, 257 Ala. 589, 60 So. 2d 357.

Petition for writ of certiorari stricken.

LAWSON, MERRILL and COLEMAN, JJ., concur.